No. 89–5618.  COLEMAN, AKA WOODSON v. WILLIAMS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–5620.  ADAMS v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5623.  HARMER v. MADISON CIRCUIT COURT ET AL.  Sup. Ct. Ind.  Certiorari denied.

No. 89–5628.  WALLS v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 89–5630.  EDDLEMON v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 89–5644.  ALI v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–5647.  HOLBROOK v. WILLIAMS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5648.  ADAMS v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5650.  FISHER v. ESTELLE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 89–5651.  BANDGREN v. MERCURY MORTGAGE CO., INC.  C. A. 10th Cir.  Certiorari denied.

No. 89–5655.  MACGUIRE v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 89–5656.  MOHR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–5657.  WHITTAKER v. BUTLER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5658.  MOORE v. BUTLER COUNTY JAIL ET AL.  C. A. 10th Cir.  Certiorari denied.